**FILED**
August 28, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> AMBER COLLINS, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:15-cr-00176-TLN <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release Amber Collins; Case 2:15-cr-00176-TLN from custody and for the following reasons:

      \_     Release on Personal Recognizance

      \_     Bail Posted in the Sum of _____

      X     Unsecured Appearance Bond in the amount of $10,000.00; co-signed by defendant's boyfriend Amnuay Phommavong

      \_     Appearance Bond with 10% Deposit

      \_     Appearance Bond secured by Real Property

      \_     Corporate Surety Bail Bond

      X     **(Other) Pretrial Supervision/Conditions; defendant to be released on 10/6/2015 at 9:00 AM to the custody of Pretrial Services to be transported to a residential drug treatment facility. Release may occur sooner if a bed becomes available.**

Issued at Sacramento, CA on 8/28/2015 at 2:11 pm.

By _____
Kendall J. Newman
United States Magistrate Judge