ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
AMBER COLLINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00176-TLN |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RE: RELEASE |
| v. | |
| AMBER COLLINS, | |
| Defendant. | Judge: Hon. Carolyn Delaney |

## STIPULATION

On August 28, 2015, the Honorable Kendall J. Newman ordered that Ms. Collins be released "on 10/16/15 at 9 AM to the custody of Pretrial Services to be transported to a residential drug treatment facility. *Release may occur sooner if a bed becomes available*." Docket no. 18 (emphasis added).  Pretrial Services Officer Michael Evans has notified the parties that a bed will be available at WellSpace Health residential treatment facility on September 16, 2015.

Accordingly, the parties hereby stipulate that Ms. Collins is to be released by the United States Marshall to the custody of pretrial services on September 16, 2015 at 9 a.m. to be

Stipulation and [Proposed] Order - 1

transported to the WellSpace Health residential treatment facility.  All other conditions of Ms. Collins' release as ordered by Judge Newman are to remain in effect.

The Court is advised that attorney for the United States in this action, Assistant United States Attorney Andre M. Espinosa has indicated he has no objection to such order relating to Ms. Collins' release and has authorized Ms. Radekin to sign this stipulation on his behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

Dated: September 14, 2015                             BENJAMIN WAGNER
                                                      United States Attorney

                                                      By:       /s/ Andre M. Espinosa
                                                      ANDRE M. ESPINOSA
                                                      Assistant United States Attorney


Dated: September 14, 2015                                  /s/ Erin J. Radekin
                                                      ERIN J. RADEKIN
                                                      Attorney for Defendant
                                                      AMBER COLLINS

## ORDER

Good cause appearing and for the reasons stated in the stipulation of the parties, defendant, Amber Collins, is to be released by the United States Marshall to the custody of pretrial services on September 16, 2015 at 9 a.m. to be transported to the WellSpace Health residential treatment program.  All other conditions of Ms. Collins' release as ordered by Judge Newman are to remain in effect.

Dated:  September 15, 2015

                                                      _____
                                                      CAROLYN K. DELANEY
                                                      UNITED STATES MAGISTRATE JUDGE