**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
AMBER COLLINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | 2:15-CR-00176-TLN-7 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER RE WAIVER** |
| v. | ) | **OF DEFENDANT'S PRESENCE** |
| | ) | |
| | ) | |
| **AMBER COLLINS**, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

      Pursuant to Fed. R. Crim. P. 43, defendant hereby waives the right to be present in person in open court upon the hearing of any procedural motion or other preliminary or status proceeding in this cause, including arraignment, when a continuance is ordered pursuant to stipulation of counsel, when the case is set for trial, and when any other action is taken by the court before or after trial, except upon plea, evidentiary hearing, empanelment of jury, trial and imposition of sentence. Defendant hereby requests the court to proceed during every absence of hers which the court may permit pursuant to waiver; agrees that her interests will be deemed

1

represented at all times by the presence of her attorney, the same as if defendant were personally present; and further agrees to be present in court any day and hour the court may order that she be personally present in her absence.

Defendant further acknowledges that she has been informed of her rights under Title U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes her attorney to set times and delays under the Act without defendant being present.

DATED:  January 3, 2017          /s/ Amber Collins
AMBER COLLINS
Defendant
(original retained in file)

APPROVED.

DATED:  January 4, 2017          /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
AMBER COLLINS

IT IS SO ORDERED.

DATED: March 16, 2017

Troy L. Nunley
United States District Judge

2