PHILLIP A. TALBERT
United States Attorney
ROSANNE L. RUST
ANDRÉ ESPINOSA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>AMBER COLLINS,<br><br>            Defendant. | CASE NO. 2:15-CR-00176-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: April 6, 2017<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 6, 2017.

2. By this stipulation, defendant now moves to continue the status conference until April 27, 2017, at 9:30 a.m., and to exclude time between April 6, 2017, and April 27, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes approximately 48,000 pages of discovery, in addition to audio files and video files. The government has also made other discovery available for review at its office. The government has provided a plea agreement to Ms. Collins.

      b)     Counsel for defendant desires additional time to review the voluminous discovery and to research the applicable Sentencing Guidelines raised by the plea agreement. Defense counsel also needs additional time to review the factual basis attached to the plea agreement, and to conduct research regarding the allegations made in that factual basis.

      c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 6, 2017 to April 27, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 3, 2017                                             PHILLIP A. TALBERT
                                                                    United States Attorney

                                                                    /s/ ROSANNE L. RUST
                                                                    ROSANNE L. RUST
                                                                    Assistant United States Attorney

Dated:  April 3, 2017

/s/ ERIN RADEKIN
ERIN RADEKIN
Counsel for Defendant
AMBER COLLINS

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 3rd day of April, 2017.

Troy L. Nunley
United States District Judge