**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
AMBER COLLINS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | 2:15-cr-00176-TLN-7 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **TO CONTINUE JUDGMENT** |
| | ) | **AND SENTENCING** |
| | ) | |
| **AMBER COLLINS,** | ) | |
| | ) | |
| Defendant. | ) | Judge Troy L. Nunley |
| _____ | ) | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney André M. Espinosa, and defendant, Amber Collins, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for judgment and sentencing, August 31, 2017 at 9:30 a.m., in the above-captioned matter, and to continue judgment and sentencing to September 21, 2017 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley.

1

In addition, the parties stipulate to the following modification to the schedule of disclosure relating to the pre-sentence report ("PSR"):

| | |
|---|---|
| Draft PSR | August 10, 2017 |
| Written, or informal, objections | August 24, 2017 |
| Final PSR | August 31, 2017 |
| Motion for correction of PSR | September 7, 2017 |
| Government's reply | September 14, 2017 |

The probation officer assigned to this case, Lynda Moore, has requested additional time to prepare the draft PSR given her recent pre-planned leave of absence. Ms. Radekin, and the government, have no objection. The Court is advised Mr. Espinosa and Ms. Moore have no opposition to the proposed dates set forth above, and Mr. Espinosa has authorized Ms. Radekin to sign this stipulation on his behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED,

Dated: July 21, 2017       PHILLIP A. TALBERT
                           United States Attorney

                      By:  /s/ André M. Espinosa
                           André M. Espinosa
                           Assistant United States Attorney


Dated: July 21, 2017       /s/ Erin J. Radekin
                           ERIN J. RADEKIN
                           Attorney for Defendant
                           AMBER COLLINS

//

2

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the date set for judgment and sentencing, August 31, 2017 at 9:30 a.m. is VACATED and the above-captioned matter is set for judgment and sentencing on September 21, 2017 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley.

It is FURTHER ORDERED that the schedule of disclosure be modified as follows:

| | |
|---|---|
| Draft PSR | August 10, 2017 |
| Written, or informal, objections | August 24, 2017 |
| Final PSR | August 31, 2017 |
| Motion for correction of PSR | September 7, 2017 |
| Government's reply | September 14, 2017 |

IT IS SO ORDERED.

Dated:  July 24, 2017

Troy L. Nunley
United States District Judge