**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
AMBER COLLINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:15-cr-00176-TLN-7 |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | **STIPULATION AND ORDER** |
| v. | ) | **TO CONTINUE JUDGMENT** |
|  | ) | **AND SENTENCING** |
|  | ) | |
| AMBER COLLINS, et al., | ) | |
|  | ) | |
| Defendants. | ) | Judge Troy L. Nunley |
| _____ | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Rosanne Rust, and defendant, Amber Collins, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for judgment and sentencing, September 21, 2017 at 9:30 a.m., in the above-captioned matter, and to continue judgment and sentencing to October 26, 2017 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley.

1

In addition, the parties stipulate to the following modification to the schedule of disclosure relating to the pre-sentence report ("PSR"):

| | |
|---|---|
| Written, or informal, objections | September 28, 2017 |
| Final PSR | October 5, 2017 |
| Motion for correction of PSR | October 12, 2017 |
| Government's reply | October 19, 2017 |

The reason for this request is that Ms. Radekin needs more time to prepare the informal objections to the draft PSR.  In addition, the defense is working on obtaining additional records to submit in support of Ms. Collins' sentencing.  The Court is advised Ms. Rust and Ms. Moore have no opposition to the proposed dates set forth above, and Ms. Rust has authorized Ms. Radekin to sign this stipulation on her behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED,

Dated: August 24, 2017                         PHILLIP A. TALBERT
                                               United States Attorney

                                        By:    /s/ Rosanne Rust
                                               ROSANNE RUST
                                               Assistant United States Attorney


Dated: August 24, 2017                          /s/ Erin J. Radekin
                                               ERIN J. RADEKIN
                                               Attorney for Defendant
                                               AMBER COLLINS

/ /

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the date set for judgment and sentencing, September 21, 2017 at 9:30 a.m. is VACATED and the above-captioned matter is set for judgment and sentencing on October 26, 2017 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley.

It is FURTHER ORDERED that the schedule of disclosure be modified as follows:

| | |
|---|---|
| Written, or informal, objections | September 28, 2017 |
| Final PSR | October 5, 2017 |
| Motion for correction of PSR | October 12, 2017 |
| Government's reply | October 19, 2017 |

IT IS SO ORDERED.

Dated: August 24, 2017

Troy L. Nunley
United States District Judge