**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
AMBER COLLINS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | 2:15-cr-00176-TLN-7 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **TO CONTINUE JUDGMENT** |
| | ) | **AND SENTENCING** |
| | ) | |
| **AMBER COLLINS,** | ) | |
| | ) | |
| Defendant. | ) | Judge Troy L. Nunley |
| _____ | ) | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Rosanne Rust, and defendant, Amber Collins, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for judgment and sentencing, December 7, 2017 at 9:30 a.m., in the above-captioned matter, and to continue judgment and sentencing to January 18, 2018 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley.

1

In addition, the parties stipulate to the following modification to the schedule of disclosure relating to the pre-sentence report ("PSR"):

| | |
|---|---|
| Written, or informal, objections | December 21, 2017 |
| Final PSR | December 28, 2017 |
| Motion for correction of PSR | January 4, 2018 |
| Government's reply | January 11, 2018 |

The reason for this request is that the defense needs additional time to obtain and review records relevant to sentencing issues, and to prepare for sentencing. Such records include proof Ms. Collins' has obtained her GED, her college transcripts, and school and other records for Ms. Collins' oldest child, who was recently returned to her care after being a ward of the court. Ms. Radekin also needs additional time to review the arrest reports in the probation officer's possession pertaining to Ms. Collins' prior arrests, facts from which are set forth in the PSR, and to do other investigation and obtain records relating to Ms. Collins' criminal history. The Court is advised Ms. Rust and United States Probation Officer Lynda Moore have no opposition to the proposed dates set forth above, and Ms. Rust has authorized Ms. Radekin to sign this stipulation on her behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: November 9, 2017
                                                        PHILLIP A. TALBERT
                                                        United States Attorney

                                       By:   /s/ Rosanne Rust
                                                  ROSANNE RUST
                                                  Assistant United States Attorney

//

| Dated: November 9, 2017 | /s/ Erin J. Radekin |
|---|---|
| | ERIN J. RADEKIN |
| | Attorney for Defendant |
| | AMBER COLLINS |

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the date set for judgment and sentencing, December 7, 2017 at 9:30 a.m. is VACATED and the above-captioned matter is set for judgment and sentencing on January 18, 2018 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley.

It is FURTHER ORDERED that the schedule of disclosure be modified as follows:

| | |
|---|---|
| Written, or informal, objections | December 21, 2017 |
| Final PSR | December 28, 2017 |
| Motion for correction of PSR | January 4, 2018 |
| Government's reply | January 11, 2018 |

IT IS SO ORDERED.

Dated: November 14, 2017

Troy L. Nunley
United States District Judge