**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
AMBER COLLINS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | 2:15-cr-00176-TLN-7 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **TO CONTINUE JUDGMENT** |
| | ) | **AND SENTENCING** |
| | ) | |
| **AMBER COLLINS,** | ) | |
| | ) | |
| Defendant. | ) | Judge Troy L. Nunley |
| _____ | ) | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Rosanne Rust, and defendant, Amber Collins, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for judgment and sentencing, January 18, 2018 at 9:30 a.m., in the above-captioned matter, and to continue judgment and sentencing to February 8, 2018 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley.

1

In addition, the parties stipulate to the following modification to the schedule of disclosure relating to the pre-sentence report ("PSR"):

| | |
|---|---|
| Written, or informal, objections | January 11, 2018 |
| Final PSR | January 18, 2018 |
| Motion for correction of PSR | January 25, 2018 |
| Government's reply | February 1, 2018 |

The reason for this request is that the defense needs additional time to obtain and review records relevant to sentencing issues, and to prepare for sentencing. The Court is advised Ms. Rust and United States Probation Officer Lynda Moore have no opposition to the proposed dates set forth above, and Ms. Rust has authorized Ms. Radekin to sign this stipulation on her behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: December 22, 2017        PHILLIP A. TALBERT
                                United States Attorney

                         By:    /s/ Rosanne Rust
                                ROSANNE RUST
                                Assistant United States Attorney


Dated: December 22, 2017         /s/ Erin J. Radekin
                                ERIN J. RADEKIN
                                Attorney for Defendant
                                AMBER COLLINS

//

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the date set for judgment and sentencing, January 18, 2018 at 9:30 a.m. is VACATED and the above-captioned matter is set for judgment and sentencing on February 8, 2018 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley.

Further, the schedule of disclosure is modified as follows:

| | |
|---|---|
| Written, or informal, objections | January 11, 2018 |
| Final PSR | January 18, 2018 |
| Motion for correction of PSR | January 25, 2018 |
| Government's reply | February 1, 2018 |

IT IS SO ORDERED.

Dated: December 27, 2017

Troy L. Nunley
United States District Judge