**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
AMBER COLLINS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | 2:15-cr-00176-TLN-7 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **TO CONTINUE JUDGMENT** |
| | ) | **AND SENTENCING** |
| | ) | |
| **AMBER COLLINS, et al.**, | ) | |
| | ) | |
| Defendants. | ) | Judge Troy L. Nunley |
| _____ | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Rosanne Rust, and defendant, Amber Collins, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for judgment and sentencing, February 8, 2018 at 9:30 a.m., in the above-captioned matter, and to continue judgment and sentencing to March 1, 2018 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley.

1

In addition, the parties stipulate to the following modification to the schedule of disclosure relating to the pre-sentence report ("PSR"):

| | |
|---|---|
| Motion for correction of PSR | February 15, 2018 |
| Government's reply | February 22, 2018 |

The reason for this request is that the defense needs additional time to obtain and review records relevant to sentencing issues, and to prepare for sentencing. Such records include a spreadsheet prepared by the government and recently provided to the defense relating to restitution; police reports underlying Ms. Collins's prior arrests, which are summarized in the PSR; and records relating to Ms. Collins's children. The Court is advised Ms. Rust and United States Probation Officer Lynda Moore have no opposition to the proposed dates set forth above, and Ms. Rust has authorized Ms. Radekin to sign this stipulation on her behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation. IT IS SO STIPULATED.

Dated: January 29, 2018  PHILLIP A. TALBERT
United States Attorney

By:  /s/ Rosanne Rust
ROSANNE RUST
Assistant United States Attorney

Dated: January 29, 2018  /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
AMBER COLLINS

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the date set for judgment and sentencing, February 8, 2018 at 9:30 a.m. is VACATED and the

above-captioned matter is set for judgment and sentencing on March 1, 2018 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley.

It is FURTHER ORDERED that the schedule of disclosure be modified as follows:

| | |
|---|---|
| Motion for correction of PSR | February 15, 2018 |
| Government's reply | February 22, 2018 |

IT IS SO ORDERED.

Dated: January 29, 2018

Troy L. Nunley
United States District Judge

3