UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:15-cr-00176-7-TLN |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANT'S MOTION FOR JUDICIAL RECOMMENDATION FOR TWELVE MONTHS COMMUNITY CORRECTIONAL FACILITY PLACEMENT** |
| AMBER COLLINS, | |
| Defendant. | |

This matter is before the Court pursuant to Defendant Amber Collin's ("Defendant") Motion for Judicial Recommendation for Twelve Months of Community Correctional Facility Placement. (ECF No. 317.) Defendant's motion seeks a judicial recommendation to the Federal Bureau of Prisons ("BOP") for placement in a community correctional facility (halfway house or home detention) for 12 months preceding her release from confinement. (ECF No. 317 at 1.) The Government has filed a statement of non-opposition. (ECF No. 318.) The Court has carefully considered Defendant's arguments. For the reasons set forth below, Defendant's Motion for Judicial Recommendation, (ECF No. 317), is hereby GRANTED.

I. **PROCEDURAL HISTORY**

On April 27, 2017, Defendant pled guilty to Count 1 of the Indictment, charging Conspiracy to Commit Access Device Fraud, in violation of 18 U.S.C. 1029(b)(2). (ECF No.

1

159.) On March 1, 2018, the undersigned sentenced Defendant to a term of 30 months in prison followed by three years of supervised release. (ECF No. 316.) Following sentencing, Defendant submitted this motion for judicial recommendation for the maximum 12-month placement in a community correctional facility (halfway house or home detention). (ECF No. 317 at 1–2.)

## II. LEGAL STANDARD

"Two statutory provisions govern the BOP's authority to place inmates in its custody in RRCs: 18 U.S.C. §§ 3621(b) and 3624(c)." *Sacora v. Thomas*, 628 F.3d 1059, 1062 (9th Cir. 2010). Section 3621(b) "governs the BOP's authority in cases where a prisoner who has more than a year left to serve his or her prison sentence requests a transfer to a [RRC]." *Id.* Section 3624(c)(1), as amended by the Second Chance Act of 2007, provides that the BOP

> shall, to the extent practicable, ensure that a prisoner serving a term of imprisonment spends a portion of the final months of that term (not to exceed 12 months), under conditions that will afford that prisoner a reasonable opportunity to adjust to and prepare for the reentry of that prisoner into the community. Such conditions may include a community correctional facility.

18 U.S.C. § 3624(c)(1). A sentencing court may make a recommendation that a prisoner serve a term of imprisonment in an RRC. 18 U.S.C. § 3621(b). A judicial recommendation is one factor that the BOP considers in determining a prisoner's placement, but a recommendation has "no binding effect" on the BOP to determine or change a prisoner's placement. 18 U.S.C. § 3621(b).

## III. ANALYSIS

Defendant states early release into a halfway house will enable her "to return to work to support her family while still residing in a secure setting, and to have more contact with her children." (ECF No. 317 at 2.) Defendant argues "[s]he has demonstrated extraordinary rehabilitation, and does not pose a threat to public safety." (ECF No. 317 at 2.) Defendant argues the progress she has made toward rehabilitation demonstrate that she is "an excellent candidate for early release into a halfway house." (ECF No. 317 at 2.) The government filed a statement stating it does not oppose Defendant's request. (ECF No. 318 at 2.)

///

///

Accordingly, Defendant's Motion for Judicial Recommendation, (ECF No. 317), is hereby GRANTED, and the Court recommends that BOP place Defendant in an appropriate pre-release placement for the maximum time for which she is eligible, not to exceed 12 months.

IT IS SO ORDERED.

Dated: March 5, 2018

Troy L. Nunley
United States District Judge